**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2105**

───────────

WALTER E. CHILDRESS,

Plaintiff - Appellant,

versus

AMERICAN ELECTRIC POWER COMPANY, formerly
known as Appalachian Power Company; STEPHEN
LEWIS JAMISON; FAY AMOS; AETNA INSURANCE
COMPANY,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge.
(CA-99-34-6)

───────────

Submitted: January 31, 2000        Decided: February 25, 2000

───────────

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Walter E. Childress, Appellant Pro Se. William Beverly Poff, Frank Kenneth Friedman, Thomas Meredith Winn, III, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter E. Childress appeals the district court's order dismissing his claims against the Defendants on the basis of res judicata and moves to proceed on appeal in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Childress v. American Electric Power Co., No. CA-99-34-6 (W.D. Va. July 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED